1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 RAYMOND ALFORD BRAFORD,                    No.  2:21-CV-1846-KJM-DMC-P

12                 Plaintiff,

13          v.                                                ORDER

14 V. WATTS, et al.,

15                 Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19 See ECF No. 4. Plaintiff has submitted a declaration that makes the showing required by 28

20 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21          IT IS SO ORDERED.

22

23 Dated:  November 16, 2021

24                                                          _____

25                                                          DENNIS M. COTA
                                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

1