1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11    RAYMOND ALFORD BRAFORD,              No.  2:21-CV-1846-DJC-DMC-P

12              Plaintiff,

13       v.                                ORDER

14    V. WATTS, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action

18    pursuant to   42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19    Judge pursuant to Eastern District of California local rules.

20          On March 28, 2023, the Magistrate Judge filed findings and

21    recommendations herein which were served on the parties and which contained

22    notice that the parties may file objections within the time specified therein.  No

23    objections to the findings and recommendations have been filed.

24          The Court has reviewed the file and finds the findings and

25    recommendations to be supported by the record and the Magistrate Judge's analysis.

26    / / /

27    / / /

28    / / /

                                        1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed March 28, 2023, are

3    adopted in full.

4    2.    This action proceeds on the original complaint on Plaintiff's First

5    Amendment claims against Defendants Delgato, Lor, Donahue, DeJesus, Mbata, and

6    Gomez.

7    3.    All other claims are dismissed for failure to state a claim.

8    4.    Watts, the City of Sacramento, the County of Sacramento, and the

9    State of California are dismissed as defendants to this action, and the Clerk of the

10   Court is directed to update the docket accordingly.

11   5.    This matter is referred back to the assigned Magistrate Judge for

12   further pre-trial proceedings.

13

14

15   IT IS SO ORDERED.

16   Dated:   **June 15, 2023**

17                                              Hon. Daniel J. Calabretta
                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28