IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ALFORD BRADFORD,** | Case No. 2:21-cv-01846-DJC-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **V. WATTS, ET AL.,** | |
| Defendants. | |

Because Defendants Delgato, Donahue, and DeJesus's motion to revoke Plaintiff's in forma pauperis status could result in the dismissal of this action in its entirety, Defendants request an extension of time to file a responsive pleading until thirty-days after an order denying their motion or Plaintiff has paid the filing fee.

Good cause having been shown, the request is hereby GRANTED. Defendants are permitted thirty-days to file a responsive pleading after an order denying their motion or Plaintiff pays the filing fee.

IT IS SO ORDERED

Dated:  June 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1