IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRAFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>V. WATTS, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1846-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On June 28, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 28, 2023, are adopted in full.

2. Plaintiff's motion for injunctive relief, ECF No. 22, is DENIED.

3. This matter is referred back to the Magistrate Judge for further pre-trial proceedings.

IT IS SO ORDERED.

Dated: __September 5, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE